ERIC E. GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4801
      E-Mail: David.Priddy@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ESPINOSA, | ) Case No.: 2:25-cv-2594-JDP |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| vs. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty five (35) days from February 6, 2026, up to and including March 13, 2026.  This is Defendant's first request for an extension. Good cause exists for this extension.

After reviewing the record, Defendant's undersigned counsel has determined that this case has issues that could affect its ongoing defense.  Accordingly, Defendant's counsel needs additional time to consult with Defendant and specialized attorneys within Defendant's counsel's office to determine whether to continue this case's defense, and, if appropriate, to negotiate

Stip. for Ext.; 2:25-CV-02594-JDP           1

settlement with Plaintiff's counsel.  This request is made in good faith and with no intention to unduly delay the proceedings.

Plaintiff does not oppose Defendant's request for an extension of time.  The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Respectfully submitted,

Dated: February 4, 2026

/s/ *Francesco Benavides* *
(*as authorized via e-mail on February 4, 2026)
FRANCESCO BENAVIDES
Attorney for Plaintiff

Dated: February 4, 2026

ERIC E. GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By:   /s/ *David Priddy*
DAVID PRIDDY
Special Assistant U.S. Attorney

Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 13, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:    February 10, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE